AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### District of Massachusetts

Comcast of Massachusetts I, Inc.

V.

Lawrence Knowles

**SUMMONS IN A CIVIL CASE**

## 05 - 10689 RWZ

CASE NUMBER:

TO: (Name and address of Defendant)

Lawrence Knowles
47 Glenvale Avenue
Billerica, MA  01821

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-8218

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON



CLERK

(By) DEPUTY CLERK

APR 07 2005

AO 440 (Rev. 10/93) Summons in a Civil Action

---

## RETURN OF SERVICE

| | DATE |
| --- | --- |



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

April 27, 2005

I hereby certify and return that on 4/26/2005 at 1:00PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET,CORPORATE DISCLOSURE in this action in the following manner: To wit, by delivering in hand to LAWRENCE KNOWLES at , 47 GLENVALE Avenue, BILLERICA, MA 01821. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($1.80), Postage and Handling ($1.00), Travel ($12.16) Total Charges $49.96

*George A. Hooper*

*Deputy Sheriff*

---

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
| --- | --- | --- |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
             Date                    Signature of Server

                                   _____
                                   Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.