**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **Comcast of Massachusetts I, Inc.** | ) | Case No.: 05-10689 RWZ |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | ) | **WITH PREJUDICE** |
| | ) | |
| **Lawrence Knowles** | ) | |
| | ) | |
| Defendant | ) | |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint with prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts I, Inc.
By Its Attorney,

| | |
|---|---|
| 7/11/2005 | /s/ John M. McLaughlin |
| Date | John M. McLaughlin |
| | **Green, Miles, Lipton & Fitz-Gibbon LLP** |
| | 77 Pleasant Street |
| | P.O. Box 210 |
| | Northampton, MA 01061-0210 |
| | Telephone: (413) 586-0865 |
| | BBO No. 556328 |

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this 11th day of July, 2005, a copy of the foregoing was mailed first class to:

Alexander G. Nossiff
NOSSIFF & GIAMPA, PC
24 Chestnut Street
Dover, New Hampshire 03820

                                                 /s/ John M. McLaughlin
                                               John M. McLaughlin, Esq.